**Sergio Paulo Hernandez GODINEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–72072.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed July 31, 2013.

John D. Friedman, Friedman & Ikon, Tarzana, CA, for Petitioner.

OIL, Janette L. Allen, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Sergio Paulo Hernandez Godinez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006), and we deny the petition for review.

The agency denied Hernandez Godinez's claims for relief because he did not establish a nexus to a protected ground and because of changed country conditions in Guatemala. We reject Hernandez Godinez's contention that the IJ did not consider properly the magnitude of the Xaman massacre and did not consider the ongoing nature of the investigation into it in denying relief. Hernandez Godinez does not otherwise challenge the agency's denial of his claims for asylum, withholding of removal and CAT relief. Thus, we deny the petition as to his claims for relief.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

